**Exhibit A to the Complaint**

**Location:** Goshen, NY  **IP Address:** 98.15.196.177
**Total Works Infringed:** 29  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash: 444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10/06/2020 20:13:59 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 2 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09/21/2020 16:31:56 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 3 | Info Hash: 623664DB91C56CCBDD3B77BADAE7AF7D76D9A817<br>File Hash: AC6A01BCA8A5640B192D798D3755118DDB5674092C473B0C6B240BC911A87336 | 08/31/2020 12:49:50 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 4 | Info Hash: 66DB6B0782A5CA48D98D5A159F305D6F584663E0<br>File Hash: 939C0BFF5257D554F72F8D72AF065F63DDFA1A8B5CCA9781EDDA0EF0C176A6C9 | 08/25/2020 18:00:30 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 5 | Info Hash: 7CA6EC72F9D7C6E546089D41CA2F54D341081E55<br>File Hash: 20106907B0CF9E13B4DF93FC501C1F372D27223EE7143E71F6D7C998BE23E2B3 | 07/08/2020 13:48:57 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 6 | Info Hash: B62570A1140660448CEF459A4CFAAED5179B1963<br>File Hash: 7FD5700B737B0C1E1D595CB433526906C5CCF259D598D8FE4A6F73884BBD24A9 | 07/04/2020 15:38:12 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 7 | Info Hash: B501987D2632C152D33E53DD49BFCA366E48E2C6<br>File Hash: 1295CDBEAF992F628DA4196720EF8213B08BF8039C1E6DD4622652607B52AB60 | 05/04/2020 12:08:51 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 8 | Info Hash: 3DF5DB2903B80E1C540F98549130F58F1D3E88CC<br>File Hash: 4A92E62A120A52211E81FC7BCEB447B63F9064EF706C8FB0CD7533A47A75F830 | 05/01/2020 18:30:27 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 04/25/2020 15:58:45 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 10 | Info Hash: 559E967BC3BAD27B50785D7F8B772C6314B9C28F<br>File Hash: ECE049193F2278DA085FC144684779B6C29B7159C8F8D7FCFA282CD0DEEA33E3 | 04/19/2020 22:14:31 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 11 | Info Hash: 0D3828D1D8CA341965FE3F9022D9E1FAD543AE10<br>File Hash: 875835DA69D950C7ABBBFC7ACCF0038B3504F21CE48F5E3E6348210E79F70D0B | 03/23/2020 14:45:49 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 12 | Info Hash: 9F410EE0B644BE4B869592CBFBDC2FF2A7B113F1<br>File Hash: DFA3628D47EE50975B52AE957D247CB50F462E80FE75D56ACBE7708F928BC128 | 03/08/2020 14:56:58 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 13 | Info Hash: EE28F83E62FD7A6475AED2E4FBFFF5F4277A2292<br>File Hash: FF26F69D0417FC6B0EFAA46549E74C087F79F58326D2C7EC70309C521246AEBB | 01/13/2020 14:38:11 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |
| 14 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash: 36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 12/23/2019 23:24:19 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 15 | Info Hash: 812C7D5073170C4835C6F34FF491082A1EC878E1<br>File Hash: 054AC453390700DDEB81D58A48C4CCE801528F71B8A987E67DE7C417022560A0 | 12/22/2019 20:50:54 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 16 | Info Hash: 53C4C9DD82B87997728630F27FC18BDD63A0D4D4<br>File Hash: 225268A77C5821083770643271C36B0CDB36C8B5185CA296C5D5C83D16267F10 | 12/08/2019 14:00:59 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 17 | Info Hash: DA5011952211D23F34612F0F8BB421B7481A59A9<br>File Hash: 4F7905783DAD00F7730F4D4F8889AA31081BDCFD0879C8589D6CD3335DEA41B3 | 11/29/2019 15:42:13 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: B09E9CF2E3E2C4279F4B81C4CF3E0969FA69BCA9<br>File Hash: 32B33405FB2AC121AA10125EFFB371533C69FCBDBFD6D006225A38BBCD3C8C7D | 11/18/2019 15:23:37 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 19 | Info Hash: 67BBA68AD2F8B337347AB5C68764713754555B43<br>File Hash: C70398C9D731697DA1771680334F165E6124A962806289F0633A9433A89C447D | 10/28/2019 21:43:07 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 20 | Info Hash: 226D1C34BB4339C911407710D389F3A796548FDB<br>File Hash: 5317398C94CE4656D1FCDDB73C8AC2F772F7420E73B206B1ACB9D0EB1880E9FD | 09/02/2019 13:25:20 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 21 | Info Hash: F0B209DFB13F6D5779C5D18C099E826BA8E6A219<br>File Hash: 921EDF25C5C68F8AD39BF87557D287B77193558D402DE0322FD94D4F3D5371E0 | 08/11/2019 18:23:51 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 22 | Info Hash: 8F4F1FA7CC004ADD7CDD9F00D5DFC968267D2675<br>File Hash: C1AE1AFE64AC561DCC15272FF2A964E0DF58435E13537750D4143A627E6BEC87 | 07/16/2019 14:01:37 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 23 | Info Hash: 6E0F067BAC9311459A5DDBA3448E955F8E2C25CD<br>File Hash: D2A32709EA34CA08650D3BD0520ACFB1017577CE211E9E0388F55CF149571142 | 06/02/2019 16:22:13 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 24 | Info Hash: A647DAC4F1765F4D273A84ACD720FAC66EFF116D<br>File Hash: 89BA4F59F83B6B124281B2F62CB78C126AB440E65F5E332A4B05602AF478052C | 04/02/2019 00:05:38 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 25 | Info Hash: 9FB0022123B1835B4910C63AA18D896A85F86546<br>File Hash: EECF6D3BA34E23875BBCFC09355B83ADE9CAA94A3A364C55BCAF63617370771C | 04/01/2019 23:43:36 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 26 | Info Hash: FD451C17F6CD6A9FC4992E362A68B0846555EE33<br>File Hash: 5766A50CC7D6782D469A8FA391E32FD0AF2DFEB1E38100728F719AAA687FF95E | 03/17/2019 19:03:28 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: C445D7931A7B1AFA0245F8B198CF1499CA82A9BA<br>File Hash: E9D02D132C2E063A9B95F188DC1BE2B38EC833202D9091EB744005C3AFBDA719 | 02/18/2019 23:06:07 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 28 | Info Hash: A7B3154FBE6AD9C1BB1D38BEFED9921882AC0A08<br>File Hash: 93F03B3E119FCAE558806903935A5ADFEFADA10C3E15F858A12800F53008E0E1 | 01/06/2019 19:39:19 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 29 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 12/30/2018 23:26:19 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |