UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :      Case No. 7:20-cv-10601-CS
                              Plaintiff,                         :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
98.15.196.177,                                                   :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of David Williamson in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Spectrum, prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

Dated: 01/12/2021                          Respectfully submitted,

                                    By:    /s/ *Jacqueline M. James*
                                           Jacqueline M. James, Esq. (1845)
                                           The James Law Firm, PLLC
                                           445 Hamilton Avenue
                                           Suite 1102
                                           White Plains, New York 10601
                                           T: 914-358-6423
                                           F: 914-358-6424
                                           E-mail: jjames@jacquelinejameslaw.com
                                           *Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Although Defendant's identity remains unknown, Defendant is represented by counsel who has not yet made an appearance in this matter.  Plaintiff shall serve a copy of these documents to Defendant's counsel via email.

      By:   /s/  *Jacqueline M. James*